# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: David George Maclean v. The Partnerships and

Case Number: 1:25-cv-12319

An appearance is hereby filed by the undersigned as attorney for:

BJ's Choice

Attorney name (type or print): Wenzhu Yu

Firm: Anjie Broad Law Firm

Street address: 14/F, North Tower, Beijing Kerry Centre, No. 1 Guanghua Road, Chaoyang District

City/State/Zip: Beijing, China, 100020

Bar ID Number: 5619358
(See item 3 in instructions)

Telephone Number: +86 1085675988

Email Address: Wency_Yu@anjielaw.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ Yes | No |
| Are you a member of the court's general bar? | ✔ Yes | No |
| Are you a member of the court's trial bar? | Yes | ✔ No |
| Are you appearing *pro hac vice*? | Yes | ✔ No |
| If this case reaches trial, will you act as the trial attorney? | Yes | ✔ No |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 6/18/2026

Attorney signature: S/ Wenzhu Yu

(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023