# EXHIBIT A

| External_Seller_ID | Merchant_Name | Merchant_Email | Address1 | Address2 | Address3 | District | City | State | Country_Name | Country_Code | Postal_Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A2U7IPV36SF4UK | wuhantianlanfadianzishangwuyouxiangongsi | lsj680919@163.com | gutiansiluguangdianlantingronghui11dong1danyuan3402 | | | qiaokouqu | WUHANSHI | HUBEISHENG | CHINA | CN | 430000 |
| A2U7IPV36SF4UK | wuhantianlanfadianzishangwuyouxiangongsi | lsj680919@163.com | gutiansiluguangdianlantingronghui11dong1danyuan3402 | | | qiaokouqu | WUHANSHI | HUBEISHENG | CHINA | CN | 430000 |

| External_Seller_ID | Marketplace_ID | US Account Balance (USD) |
| --- | --- | --- |
| A2U7IPV36SF4UK | 1 | 63.87 |

| External_Seller_ID | ASIN | Net_Ordered_Units | Net_Ordered_GMS_USD | Price per Unit |
|---|---|---|---|---|
| A2U7IPV36SF4UK | B0C5QPM5YP | 1633 | 23785.53 | 14.57 |