# EXHIBIT B

Outlook

**Case 1:25-cv-12319 David George Maclean v. The Partnerships and Unincorporated Associations Identified on Schedule A**

**From** Wency YU <wency_yu@anjielaw.com>
**Date** Fri 10/24/2025 10:47 AM
**To** Attorney <attorney@vogtip.com>
**Cc** <renjinyuan@anjielaw.com>; <chenyangyang@anjielaw.com>

1 attachment (35 KB)
IMG_4115.PNG;

Counsel,

We are writing regarding the dispute between one of the defendants, Amazon store name BJ's choice ("we," "our" or "us") and David George Maclean ("you," "your" or "yours"), relating to the alleged copyright infringement with the case no. 25-cv-12319 ("dispute"). We have just been retained to represent our client in this matter.

We would like to clarify the following facts:

1. Unintentional Infringement:

Our client did not intentionally infringe on any rights. The products in question were purchased directly from a factory as part of regular sourcing activities. As a reseller, our client was unaware that these items may have involved any infringement.

2. Actual Sales and Profit:

The net number of units sold (excluding returns) was 1,433 pieces. The net profit per unit was approximately $2.09, resulting in a total net profit of approximately [redacted]. The profit margin was therefore approximately 15.8%. Please find attached a screenshot evidencing the calculation of the profit amount for your reference.

To resolve this matter amicably, we are prepared to settle this matter for [redacted], being one-third of the entire profit amount of [redacted], as full and final settlement of all claims arising out of this dispute, as the puzzle consists of **three** pieces and the copyrighted image represents only **one** of them. This offer is valid through October 31. Please advise.

Please note that this offer is made on a without-prejudice basis and does not constitute any admission of liability or wrongdoing; it is intended solely to facilitate an amicable resolution of this matter.

We look forward to hearing from you.

Best regards,
Wency

**Wency YU**
Admitted in China & New York State
**ANJIE BROAD LAW FIRM | PARTNER**
14F, North Tower, Beijing Kerry Centre, No.1 Guanghua Road,
Chaoyang District, Beijing 100020, China
**T** +86 10 8567 5976 | +86 10 8567 5988 (adm)
**M** +86 137 010 22774
**E** wency_yu@anjielaw.com | www.anjielaw.com

本电子邮件仅为指定收件人使用并可能载有保密内容。若您误收到本电子邮件，请立即回复该电子邮件通知安杰世泽律师事务所，并请立即删除该电子邮件及其附件。谢谢！

This e-mail message is intended for the use of the individual or entity who is the intended recipient and may contain information that is privileged or confidential. If you have received this e-mail in error, please notify AnJie Broad Law Firm immediately by replying to this e-mail and delete all copies of the e-mail and the attachments thereto (if any). Thank you.

From: "Attorney" <attorney@vogtip.com>
Date: 2025-10-24 00:01:33
To:
Subject: Case 1:25-cv-12319 David George Maclean v. The Partnerships and Unincorporated Associations Identified on Schedule A
Dear Sirs:

The Defendants operating the Defendant Internet Stores listed in Schedule A to the Complaint are hereby advised:

Plaintiff has charged Defendant(s) with violations of United States federal and state laws prohibiting trademark/copyright infringement and counterfeiting. A copy of the Complaint; Order for leave to Conduct Expedited Discovery and Service of Process by Email and/or Electronic Publication; Minute Order and Summons, is attached.

These and other legal documents may be obtained from Plaintiff's counsel at the following email address: attorney@vogtip.com and at the following website: http://vogtinternetenforcement.website/?case=25-12319

Any answer or other response to the Complaint should be filed with the Clerk of the Court, United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois within twenty-one (21) days after service of this summons upon you. If no appearance or pleading is filed, the Court may render a judgment against the Defendants.

If you do not wish to litigate this matter in court, we can still offer you a settlement for you to get your account back and the case dismissed against you.

Sincerely,
Attorneys for David George Maclean