# EXHIBIT C

**Subject**: (25-BJ's choice) 25-12319 MacLean | Case 1:25-cv-12319 David George Maclean v. The Partnerships and Unincorporated Associations Identified on Schedule A
**From**: Wency YU <wency_yu@anjielaw.com>
**To**: Legal Assistant <legal@jiangip.com>
**Cc**: "ybu@jiangip.com" <ybu@jiangip.com>, "yanling@jiangip.com" <yanling@jiangip.com>, "cromero@jiangip.com" <cromero@jiangip.com>, Cameron McIntyre <cmcintyre@jiangip.com>, "lzhang@jiangip.com" <lzhang@jiangip.com>, Adam Grodman <agrodman@jiangip.com>, Attorney <attorney@vogtip.com>, 任进远 <renjinyuan@anjielaw.com>, 陈阳洋 <chenyangyang@anjielaw.com>
**Date Sent**: Wednesday, November 12, 2025 4:57:55 AM GMT-06:00
**Date Received**: Wednesday, November 12, 2025 4:58:09 AM GMT-06:00
**Attachments**: Net Income.PNG,Payment Confirmation 1.jpeg,Payment Confirmation 2.jpeg,Total cost.png,Order Details.png,Supplier provided image.jpeg

Counsel,

We confirm that the name of our client's Amazon store and the account ID are accurate. Please see below information you requested marked in blue:

- The name of the individual and/or company that owns and operates the Internet Store(s), and the address of that individual and/or company
  Company name: Wuhan Tianlianfa E-Commerce Co., Ltd.
  Address: Room 1-3-1, Building 107, Gutian 4th Road North District, Qiaokou District, Wuhan, China

- A complete accounting of sales, including corroborating documentation supporting your representation of the number of units sold and the total revenue generated
  As mentioned in our previous email, the attached screenshot shows that the average selling price was USD 13.25, and the net number of units sold (excluding returns) was **1,433** pieces. The net income per unit was USD 4.89 (see "Net Income").

  After a careful review of our record, the procurement and shipping costs are **RMB 16.15** (approximately USD 2.27) per unit (see "Total Cost"). The resulting net profit was approximately USD 2.62 per unit, for a total net profit of around USD 3,754.46. As the puzzle consists of **<u>three</u>** pieces and the copyrighted image represents only **<u>one</u>** of them, our client is offering to settle this case for **one-third** of the entire profit amount, i.e. [redacted].
  For our procurement order details, please see attached "Order Details." For confirmation of payment for procurement, please see "Payment Confirmation 1" and "Payment Confirmation 2."

- Supplier information
  Company name: Heshan Hexie Toys Co., Ltd.
  Address: Building A, Fufeilong Paper Products Factory, No. 331 Gongjian Road, Gonghe Town, Heshan City, Jiangmen, Guangdong Province, China

- Documents evidencing the steps your client took to verify that they could use any of the Trademarks owned by our client.
  As we have iliterated in our previous email, the products in question were purchased directly from a factory as part of regular sourcing activities. As a reseller, our client was unaware that these items may have involved any infringement.
  In 2023, our client actively inquired whether the provided images involved any copyright issues, which included one of your copyrighted works. The supplier explicitly informed our client that those products had been discontinued due to poor sales. Therefore, reasonable steps were taken to prevent possible IP issues. Please see “Supplier provided image.”

Please let us know if you have any questions or require further clarification. Please advise whether you agree to settle the case for [redacted].

Best regards,

Wency

**Wency YU**

Admitted in China & New York State

**ANJIE BROAD LAW FIRM | PARTNER**

14F, North Tower, Beijing Kerry Centre, No.1 Guanghua Road,

Chaoyang District, Beijing 100020, China

**T** +86 10 8567 5976 | +86 10 8567 5988 (adm)

**M** +86 137 010 22774

**E** wency_yu@anjielaw.com | www.anjielaw.com

本电子邮件仅为指定收件人使用并可能载有保密内容。若您误收到本电子邮件，请立即回复该电子邮件通知安杰世泽律师事务所，并请立即删除该电子邮件及其附件。谢谢！

This e-mail message is intended for the use of the individual or entity who is the intended recipient and may contain information that is privileged or confidential. If you have received this e-mail in error, please notify AnJie Broad Law Firm immediately by replying to this e-mail and delete all copies of the e-mail and the attachments thereto (if any). Thank you.

---

**发件人:** Legal Assistant <legal@jiangip.com>
**发送时间:** 2025年10月28日 13:10
**收件人:** Wency YU <wency_yu@anjielaw.com>
**抄送:** Yi Bu <ybu@jiangip.com>; Yanling JIANG <yanling@jiangip.com>; Christopher Romero <cromero@jiangip.com>; Cameron McIntyre <cmcintyre@jiangip.com>; Lynx Zhang <lzhang@jiangip.com>; Adam Grodman <agrodman@jiangip.com>; Attorney <attorney@vogtip.com>; 任进远 <renjinyuan@anjielaw.com>; 陈阳洋 <chenyangyang@anjielaw.com>
**主题:** (25-BJ's choice) 25-12319 MacLean | Case 1:25-cv-12319 David George Maclean v. The Partnerships and Unincorporated Associations Identified on Schedule A

Hi Counsel,

I have updated the subject. Please use this chain moving forward.

Please verify that the following store details are accurate:

| No. Defendant | Seller Name | Account ID (USD) |
|---|---|---|
| 25 | BJ's choice | A2U7IPV36SF4UK |

**To consider settlement, our client requires the following information:**

- The name of the individual and/or company that owns and operates the Internet Store(s), and the address of that individual and/or company,

- A complete accounting of sales, including corroborating documentation supporting your representation of the number of units sold and the total revenue generated,

- Supplier information, and

- Documents evidencing the steps your client took to verify that they could use any of the Trademarks owned by our client.

Attached below is the infringing evidence.

Regards,

Jaw | Legal Assistant

**JiangIP LLC.**

*33 W. Jackson Blvd, 2W*

*Chicago, IL 60604*

**PLEASE ALWAYS COPY legal@jiangip.com and attorney@vogtip.com FOR SETTLEMENT EMAILS. OTHERWISE YOUR EMAIL MIGHT NOT BE ATTENDED TO OR GET SIGNIFICANTLY DELAYED. THANK YOU FOR YOUR COOPERATION.**

On Sat, Oct 25, 2025 at 12:21 AM Attorney <attorney@vogtip.com> wrote:

**From:** Wency YU <wency_yu@anjielaw.com>
**Sent:** Friday, October 24, 2025 10:47 AM
**To:** Attorney <attorney@vogtip.com>
**Cc:** 任进远 <renjinyuan@anjielaw.com>; 陈阳洋 <chenyangyang@anjielaw.com>
**Subject:** Case 1:25-cv-12319 David George Maclean v. The Partnerships and Unincorporated Associations Identified on Schedule A

Counsel,

We are writing regarding the dispute between one of the defendants, Amazon store name BJ's choice ("we," "our" or "us") and David George Maclean ("you," "your" or "yours"), relating to the alleged copyright infringement with the case no. 25-cv-12319 ("dispute"). We have just been retained to represent our client in this matter.

We would like to clarify the following facts:

1. Unintentional Infringement:

Our client did not intentionally infringe on any rights. The products in question were purchased directly from a factory as part of regular sourcing activities. As a reseller, our client was unaware that these items may have involved any infringement.

2. Actual Sales and Profit:

The net number of units sold (excluding returns) was 1,433 pieces. The net profit per unit was approximately $2.09, resulting in a total net profit of approximately [redacted]. The profit margin was therefore approximately 15.8%. Please find attached a screenshot evidencing the calculation of the profit amount for your reference.

To resolve this matter amicably, we are prepared to settle this matter for [redacted], being one-third of the entire profit amount of [redacted], as full and final settlement of all claims arising out of this dispute, as the puzzle consists of **three** pieces and the copyrighted image represents only **one** of them. This offer is valid through October 31. Please advise.

Please note that this offer is made on a without-prejudice basis and does not constitute any admission of liability or wrongdoing; it is intended solely to facilitate an amicable resolution of this matter.

We look forward to hearing from you.

Best regards,

Wency

**Wency YU**

Admitted in China & New York State

**ANJIE BROAD LAW FIRM | PARTNER**

14F, North Tower, Beijing Kerry Centre, No.1 Guanghua Road,

Chaoyang District, Beijing 100020, China

**T** +86 10 8567 5976 | +86 10 8567 5988 (adm)

**M** +86 137 010 22774

**E** wency_yu@anjielaw.com | www.anjielaw.com

AnJie Broad | 杰出 所以安心 Dedicated to Excellence

本电子邮件仅为指定收件人使用并可能载有保密内容。若您误收到本电子邮件，请立即回复该电子邮件通知安杰世泽律师事务所，并请立即删除该电子邮件及其附件。谢谢！

This e-mail message is intended for the use of the individual or entity who is the intended recipient and may contain information that is privileged or confidential. If you have received this e-mail in error, please notify AnJie Broad Law Firm immediately by replying to this e-mail and delete all copies of the e-mail and the attachments thereto (if any). Thank you.

Chambers RANKED IN Greater China Region 2025 Wency Yu

WTR 1000 Wency Yu Recommended Individual 2025

IP STARS TRADE MARK RANKED 2025

From: "Attorney" <attorney@vogtip.com>
Date: 2025-10-24 00:01:33
To:
Subject: Case 1:25-cv-12319 David George Maclean v. The Partnerships and Unincorporated Associations Identified on Schedule A

Dear Sirs:

The Defendants operating the Defendant Internet Stores listed in Schedule A to the Complaint are hereby advised:

Plaintiff has charged Defendant(s) with violations of United States federal and state laws prohibiting trademark/copyright infringement and counterfeiting. A copy of the Complaint; Order for leave to Conduct Expedited Discovery and Service of Process by Email and/or Electronic Publication; Minute Order and Summons, is attached.

These and other legal documents may be obtained from Plaintiff's counsel at the following email address: attorney@vogtip.com and at the following website: http://vogtinternetenforcement.website/?case=25-12319

Any answer or other response to the Complaint should be filed with the Clerk of the Court, United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois within twenty-one (21) days after service of this summons upon you. If no appearance or pleading is filed, the Court may render a judgment against the Defendants.

If you do not wish to litigate this matter in court, we can still offer you a settlement for you to get your account back and the case dismissed against you.

Sincerely,

Attorneys for David George Maclean

## 自定义日期范围

总计 | **每件商品**

| | |
|---|---|
| 平均销售价格 | $13.25 |
| 已售商品数量 | 1552 |
| 退货商品数量 | 119 |
| **已售商品净数量** | **1433** |
| 销售额 | $20,564.82 |
| **净销售额** | **$19,098.64** |
| **每件商品的亚马逊所收总费用** ⚠ | **-$7.79** |
| 亚马逊物流配送费用 | -$3.80 |
| 基本配送费用 | -$3.80 |
| 销售佣金 | -$1.98 |
| 商品推广费用 | -$1.59 |
| 月度库存仓储费 | -$0.23 |
| 非服装和非鞋靴类商品的退货处理费 | -$0.06 |
| 超龄库存附加费 | -$0.06 |
| 亚马逊物流弃置订单费用 | -$0.04 |
| 退款管理费用 | -$0.03 |
| 非亚马逊总费用 | - 编辑 |
| 所售商品成本 | - |
| 杂项费用 | - |
| **每件商品的净收入** | **$4.89** |

12:42 5G 23

搜索我的订单

含运费¥3.00 总实付 ¥30.70

更多 找相似 查看评价 查看物流

鹤山市冠铭纸品有限公司 › 定制 交易成功



高难度1000片拼图成人减压益 ¥8.13
颜色:66-001樱花山庄（白卡纸） ×100



拼图定制1000片500片照片来 ¥9.90
×100



厂家热销塑料拼图1000片超难 ¥8.80
颜色:咨询定制 ×100




厂家热销150片迷你试管拼图 ¥9.90
颜色:咨询定制 ×160



跨境拼图批发 儿童益智4-5-6 ¥16.63
颜色:GCCH-107新舞狮 ×100

共7种710件

含运费¥100.00 总实付 ¥6840.00

更多 找相似 查看评价 查看物流

东莞市百胜纸品包装有限公司 › 交易成功

任意搭配 宽5-[redacted]机盒 ¥0.49

12:44 5G 22

# 交易成功

加采购车

| | |
|---|---|
| 原价总计 | ¥16151.85 |
| 运费 | ¥158.15 |

共7种2361件　共优惠¥0.00　总实付¥**16310.00**

**1688有保障** · 专业买家

交期保障　订单承诺限时发货，延迟可理赔

**旺旺联系**
物流/售后咨询

**拨打电话**
联系商家

| | |
|---|---|
| 订单号 | 2225623513354596682 复制 |
| **查看合约** | 428413486 |
| 支付方式 | 支付宝 |
| 下单时间 | 2024-07-15 16:49:05 |
| 付款时间 | 2024-07-15 16:49:54 |

更多　**找相似**　**查看评价**　**查看物流**

| 单款含运费总成本 | 单套运费成本 | 美金成本 | 保本价 |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| 16.15686152 | 3.543402778 | 2.207221519 | 7.396731199 |

# 鹤山市和谐玩具有限公司

## 客户订单

| | | | | | |
|---|---|---|---|---|---|
| 客户名称： | 多多 | 联系电话 | 18986258185 | 生产单号 | 240700 |
| | | | | 报价单号 | Y202406061 |
| 交货地点： | | 付款方式 | 30%：6840元，订单金额：22800元，70%尾款15960元。 | | |
| 交货日期： | 2024/7/15 | 下单日期： | 2024/7/1 | 质量要求 | A，A，加急 |

| 序号 | 产品名称 | 单位 | 订单数量 | 拼图尺寸（MM） | 彩盒尺寸（mm） | 外箱含量（PCS） | 箱数 | 单价（元）（不含税运单价） | 产品组成 |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 150片蓝卡100*150试管拼图 | 支 | 6000 | 100*150 | 试管30*150 | 100 | 60 | 3.80 | 拼图+试管+不干胶+PE袋 |
| 1 | 150片蓝卡100*150试管拼图 | 支 | 18 | 100*150 | 试管30*150 | 备品，9款*2支，9款*3张不干胶，跟大货一起出 | | | 拼图+试管+不干胶+PE袋 |

**图片名称1**　6款*500支+备品2支+备品3张不干胶



2023-1　2023-2　2023-3　2022-6　2022-7　2022-8

拼图内纸面纸/不干胶　39款*拼图内纸底纸　39款*刀模

**图片名称2**　3款*1000支+备品2支+备品3张不干胶



2024-37　2024-38　2024-39






拼图内纸面纸/不干胶　9款*拼图内纸底纸　9款*刀模

### 以下为此订单通用材料生产工艺分析与用料

| | | | | |
|---|---|---|---|---|
| 试管 | 规格：直径30*高150MM同厂货 | 材质：工程提供 | | 工艺：无 |
| 拼图 | 成品规格：100*150MM（正负2MM） | 拼图内纸面纸 | 250g白卡 | 工艺：CMYK印刷+过光油 |
| | | 蓝卡 | 国产蓝卡 | 无 |
| | | 拼图内纸底纸 | 250g白卡 | 厂货邮票底 |
| | 厚度：2.1MM | 刀模号 | 100*150迷你试管刀线B040450A/B二刀出 | |
| 配件1 | 不干胶1张 | 尺寸：95*80MM | | 145g双铜，单面CMYK印刷+过光胶 |
| 配件2 | PE外袋1个 | 尺寸：/ | | 其他：无 |
| 配件4 | 外箱 | 外箱：外箱两正唛，印纸箱两正唛居中位置（手写对应产品编号） | 尺寸：32*31*17MM | 材质：K535K120g双加强纸箱　装箱量：100支/箱 |
| 备注 | 1.外箱备注型号（按不干胶的序号手写）和数量（如型号：2024- ，100支/箱，总共1箱，第1箱，发货前检查好质量）<br>2.每款拼图的贴纸不干胶需要多印3张发给客人备用，跟大货出外箱备注下<br>3.不接收多生产的产品<br>4.翻单2308126/2401021/2404042/2405001 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 制造总监 | | PMC经理 | 评审员 | | 日期 | 7月1日 |
| 营研部副总 | | 工程部 | 生产部 | | 业务 | 姚瑞萍 |

13:12

パズル(11)
多多--和谐玩具拼图沟通群

@杨宝来 我们定做决定提前了 这几个图准备是用你的之前给我们的图片包里面的图

你可以把定做同事也拉到群里来 我们自己还有13张图要定做

杨宝来 @鹤山市和谐玩具有限公司
好

"杨宝来@鹤山市和谐玩具有限公司"邀请"梁均喜@鹤山市和谐玩具有限公司"加入了群聊

杨宝来 @鹤山市和谐玩具有限公司
已拉入

这个也帮我们看一下 如果是版权问题 这几个就先放着不做

末不出：

杨宝来 @鹤山市和谐玩具有限公司
因为不好卖，停了。

2023年4月20日 11:57

好 下午我把图片包发群里