# EXHIBIT D

Gmail

**(25-BJ's choice) 25-12319 MacLean | Case 1:25-cv-12319 David George Maclean v. The Partnerships and Unincorporated Associations Identified on Schedule A**

---

**Wency YU** <wency_yu@anjielaw.com> Wed, Jun 10, 2026 at 11:35 PM
To: Legal Assistant <legal@jiangip.com>
Cc: Adam Grodman <agrodman@jiangip.com>, 陈阳洋 <chenyangyang@anjielaw.com>, "ybu@jiangip.com" <ybu@jiangip.com>, "yanling@jiangip.com" <yanling@jiangip.com>, "cromero@jiangip.com" <cromero@jiangip.com>, "cmcintyre@jiangip.com" <cmcintyre@jiangip.com>, "lzhang@jiangip.com" <lzhang@jiangip.com>, "attorney@vogtip.com" <attorney@vogtip.com>, 邓艺婧 <dengyijing@anjielaw.com>

Counsel,

We write to follow up on our email below, to which we have not received a response.

Recent Seventh Circuit's decision on the Kangol case has rendered your service of process upon our client entirely improper and deficient, as our client's physical address was displayed under "Detailed Seller Information" on Amazon. Consequently, the Court lacks personal jurisdiction over our client, rendering the default judgment voidable.

Despite these fatal jurisdictional defects in your case, our client remains willing to resolve this matter with a total settlement amount of [redacted]. As we have already pointed out in previous correspondence, your client claims the copyright to only **one** of the three works. Therefore, the total net profit of approximately [redacted] shall be divided in three, meaning that **only one-third**, i.e. approximately [redacted] of the sales is relevant. Our settlement offer of [redacted] has fully covered the relevant profits.

This offer is valid by **June 15, 2026**. If we do not receive your acceptance by then, we will proceed with filing a motion to set aside the default judgment and dismiss the case for insufficient service of process and lack of personal jurisdiction. In that case, we would be no longer interested in settlement.

Please advise.

Best regards,
Wency

Best regards,
Wency

**于雯竹 I Wency YU**
中国及美国纽约州律师 Admitted in China & New York State
**安杰世泽律师事务所 | 合伙人**
**ANJIE BROAD LAW FIRM | PARTNER**
**T** +86 10 8567 5976 | +86 10 8567 5988 (adm)
**M** +86 137 010 22774

---

**发件人:** Wency YU <wency_yu@anjielaw.com>
**发送时间:** Wednesday, March 11, 2026 11:58:13 PM
**收件人:** Legal Assistant <legal@jiangip.com>
**抄送:** 任进远 <renjinyuan@anjielaw.com>; Adam Grodman <agrodman@jiangip.com>; 陈阳洋 <chenyangyang@anjielaw.com>; ybu@jiangip.com <ybu@jiangip.com>; yanling@jiangip.com <yanling@jiangip.com>; cromero@jiangip.com <cromero@jiangip.com>; cmcintyre@jiangip.com <cmcintyre@jiangip.com>; lzhang@jiangip.com <lzhang@jiangip.com>; attorney@vogtip.com <attorney@vogtip.com>
**主题:** Re: (25-BJ's choice) 25-12319 MacLean | Case 1:25-cv-12319 David George Maclean v. The Partnerships and Unincorporated Associations Identified on Schedule A

Counsel,

As we noted in our previous emails, the total sales revenue for all three puzzles is [redacted], and the total net profit is approximately [redacted]. Your client owns the copyright to only **one** of the three works. The allegedly infringing design appears only in that single puzzle, meaning that **only one-third** of the sales, i.e. [redacted] is relevant. We had reached agreement on a settlement amount of [redacted] and were in the process of finalizing the written agreement. Following the entry of the

default judgment, you indicated that you would require the additional amount of [redacted] referenced in that judgment.

Please confirm whether you intend to insist on including this additional amount. If so, we will not proceed with the settlement and will instead continue to defend the case in court. In that event, the previously agreed settlement amount of [redacted] will no longer be available.

Best regards,
Wency

**于雯竹 I Wency YU**
中国及美国纽约州律师 Admitted in China & New York State
**安杰世泽律师事务所 | 合伙人**
**ANJIE BROAD LAW FIRM | PARTNER**
**T** +86 10 8567 5976 | +86 10 8567 5988 (adm)
**M** +86 137 010 22774

---

**发件人:** Legal Assistant <legal@jiangip.com>
**发送时间:** Thursday, February 5, 2026 11:25:35 PM
**收件人:** Wency YU <wency_yu@anjielaw.com>
**抄送:** 任进远 <renjinyuan@anjielaw.com>; Adam Grodman <agrodman@jiangip.com>; 陈阳洋 <chenyangyang@anjielaw.com>; ybu@jiangip.com <ybu@jiangip.com>; yanling@jiangip.com <yanling@jiangip.com>; cromero@jiangip.com <cromero@jiangip.com>; cmcintyre@jiangip.com <cmcintyre@jiangip.com>; lzhang@jiangip.com <lzhang@jiangip.com>; attorney@vogtip.com <attorney@vogtip.com>

**主题:** Re: (25-BJ's choice) 25-12319 MacLean | Case 1:25-cv-12319 David George Maclean v. The Partnerships and Unincorporated Associations Identified on Schedule A

Dear Counsel,

I have attached the settlement agreement. Please advise the defendant that settlement funds must be paid in full. Defendant is to incur all transaction fee costs associated with the transfer of funds. Plaintiff is <u>not</u> responsible for fees.

Please execute and return the attached settlement agreement as well as a screenshot of the Payoneer or Wire Transfer receipt via this email chain.

Thank you,
[redacted]

On Wed, Feb 4, 2026 at 8:51 AM Adam Grodman <agrodman@jiangip.com> wrote:

> Don will send you a $3,500 + Default received $(932.93) wire/payoneer agreement for this AMZ store.
>
> On Tue, Feb 3, 2026 at 10:26 PM Wency YU <wency_yu@anjielaw.com> wrote:
>
>> Counsel,
>>
>> As we noted in our previous emails, the total sales revenue for all three puzzles is [redacted] and the total net profit is approximately [redacted]. Your client owns the copyright to only **<u>one</u>** of the three works. The allegedly infringing design appears only in that single puzzle, meaning that **<u>only one-third</u>** of the sales, i.e. [redacted] is relevant. We had reached agreement on a settlement amount of [redacted] and were in the process of finalizing the written agreement. Following the entry of the default judgment, you indicated that you would require the additional amount of [redacted] referenced in that judgment.
>>
>> Please confirm whether you intend to insist on including this additional amount. If so, we will not proceed with the settlement and will instead continue to defend the case in court. In that event, the previously agreed settlement amount of [redacted] will no longer be available.
>>
>> Best regards,
>> Wency
>>
>> **于雯竹 | Wency YU**
>> 中国及美国纽约州律师 Admitted in China & New York State
>> **安杰世泽律师事务所 | 合伙人**
>> **ANJIE BROAD LAW FIRM | PARTNER**
>> **T** +86 10 8567 5976 | +86 10 8567 5988 (adm)
>> **M** +86 137 010 22774