# EXHIBIT E

| MarketplaceId | ReferenceId | Amount | Credit/Debit |
|---|---|---|---|
| 1 | A2U7IPV36SF4UK | 932.93 | Debit |