# EXHIBIT F

## EXHIBIT F — Index and Summary

This exhibit collects the results of searches of the three principal PRC business-registry platforms and two mapping services concerning Defendant BJ's Choice (Amazon Seller ID A2U7IPV36SF4UK). The searches were performed on June 20, 2026, and re-captured on July 1, 2026, at the direction and under the supervision of Yanling (Sophie) Jiang. The captures that follow are in Chinese, the language in which the platforms display their results. This exhibit is authenticated by the Declaration of Yanling (Sophie) Jiang ¶¶ 23–25.

### A. Searches performed and results

| Platform | Search query | Date | Result |
|---|---|---|---|
| GSXT (gsxt.gov.cn) | wuhantianlanfadianzishangwuyouxiangongsi (storefront pinyin string, as displayed) | 6/20 & 7/1/2026 | Query rejected — platform returned an input-length error ("请输入不超过 50 个汉字或 18 个数字和字母"); a Latin-character query is capped at 18 characters and the string is 40 |
| Tianyancha (天眼查) | wuhantianlanfadianzishangwuyouxiangongsi | 6/20 & 7/1/2026 | No result |
| Qichacha (企查查) | wuhantianlanfadianzishangwuyouxiangongsi | 7/1/2026 | No result |
| Tianyancha / Qichacha | 武汉天蓝发电子商务有限公司 (reconstruction 1) | 7/1/2026 | No exact match |
| Tianyancha / Qichacha | 武汉天兰发电子商务有限公司 (reconstruction 2) | 7/1/2026 | No exact match |
| Tianyancha / Qichacha | 武汉天蓝发电子商务有限责任公司 (reconstruction 3) | 7/1/2026 | No exact match |
| Qichacha (企查查) | 武汉天联发电子商务有限公司 (name disclosed by defense counsel; 联) | 7/1/2026 | No exact match; one partial match returned — 武汉天连发电子商务有限公司 (连, a different character), registered at 武汉市硚口区古田四路北区 107 栋 1-3-1 |
| Qichacha (企查查) | 古田四路新墩天顺园 (Address B locale) | 7/1/2026 | No result (暂无相关结果) |
| Qichacha (企查查) | 古田四路光电蓝庭融汇 (Address A locale) | 7/1/2026 | No result (暂无相关结果) |
| Qichacha (企查查) | 武汉天连发电子商务有限公司 (entity detail) | 7/1/2026 | Registered entity — USCC 91420104MA49GLLE5L; legal rep 刘诗杰; established 2020-06-07; addr 武汉市硚口区古田四路北区 107 栋 1-3-1 |

### B. Map captures

F-2 — Amap (高德地图) capture: Address B (古田四路新墩天顺园一组团 107 栋 1 单元 301 室) resolves to residential blocks within the 天顺园 complex.

F-3 — Baidu Map (百度地图) capture: the same address resolves to residential blocks.

The platform captures follow in this order: GSXT; Tianyancha (天眼查); Qichacha (企查查); then the Amap and Baidu Map captures (F-2, F-3).

Page 1
国家企业信用信息公示系统
https://shiming.gsxt.gov.cn/index.html

导航 13020...

# 国家企业信用信息公示系统
National Enterprise Credit Information Publicity System

▼ 企业信用信息 经营异常名录 严重违法失信名单

wuhantianla 查 询

热搜榜: 中国建筑 限公司 更多

**提示框** X

您输入的长度超过规定长度，请输入不超过50个汉字或18个数字和字母！

确定

Page 1

信息公告

企业信息填报

全国个体私营经济发展服务网

重点领域信息公示专区

信用修复

苹果APP 安卓APP 微信小程序 支付宝小程序

主办单位：国家市场监督管理总局
京市西城区三里河东路八号 邮政编码：100820 备案号：京ICP备18022388号-2 010-88650267 010-88650265
业务咨询与技术支持联系方式 使用帮助

Captured by FireShot Pro: 01 July 2026, 05:26:25 PM
https://getfireshot.com


天眼查
TianYanCha.com
都在用的商业查询工具
国家中小企业发展子基金旗下机构
查公司
查老板
查关系
wuhantianlanfadianzishangwuyouxiangon
天眼一下
首页
天眼数据
天眼AI
开通会员
联系我们
登录/注册
公司
老板
风险
VIP
商标
招投标
专利
更多
筛选条件
高级搜索
批量查询
搜索范围
企业名称
经营范围
企业简介
地址
品牌/产品
法定代表人
专利
商标
股东
主要人员
省份地区
北京市
天津市
河北省
山西省
内蒙古自治区
辽宁省
吉林省
黑龙江省
上海市
江苏省
更多
为您找到 0 条相关结果
仅看公司
表格
卡片
智能排序
批量操作
抱歉，没有找到相关企业！
输入更准确的关键词，重新搜索
更换筛选条件，重新搜索
试试 高级搜索，立即精准查询
试试 深度搜索，实时为您查询工商官网数据
您也可以试试， 添加企业 >
下载 APP


天眼查
TianYanCha.com
都在用的商业查询工具
国家中小企业发展子基金旗下机构
查公司 查老板 查关系
武汉天蓝发电子商务有限公司
天眼一下
首页
天眼数据
天眼AI
开通会员
联系我们
登录/注册
公司 老板 风险 商标 招投标 专利 更多
VIP
筛选条件
高级搜索
批量查询
搜索范围 企业名称 经营范围 企业简介 地址 品牌/产品 法定代表人 专利 商标 股东 主要人员
省份地区 北京市 天津市 河北省 山西省 内蒙古自治区 辽宁省 吉林省 黑龙江省 上海市 江苏省 更多
为您找到 0 条相关结果
仅看公司
表格 卡片
智能排序
批量操作
抱歉，没有找到相关企业！
输入更准确的关键词，重新搜索
更换筛选条件，重新搜索
试试 高级搜索， 立即精准查询
试试 深度搜索， 实时为您查询工商官网数据
您也可以试试， 添加企业 >
下载 APP


天眼查
TianYanCha.com
都在用的商业查询工具
国家中小企业发展子基金旗下机构
查公司
查老板
查关系
武汉天兰发电子商务有限公司
天眼一下
首页
天眼数据
天眼AI
开通会员
联系我们
登录/注册
公司
老板
风险
VIP
商标
招投标
专利
更多
筛选条件
高级搜索
批量查询
搜索范围
企业名称
经营范围
企业简介
地址
品牌/产品
法定代表人
专利
商标
股东
主要人员
省份地区
北京市
天津市
河北省
山西省
内蒙古自治区
辽宁省
吉林省
黑龙江省
上海市
江苏省
更多
为您找到 0 条相关结果
仅看公司
表格
卡片
智能排序
批量操作
抱歉，没有找到相关企业！
输入更准确的关键词，重新搜索
更换筛选条件，重新搜索
试试 高级搜索，立即精准查询
试试 深度搜索，实时为您查询工商官网数据
您也可以试试，添加企业
下载 APP


天眼查
TianYanCha.com
都在用的商业查询工具
国家中小企业发展子基金旗下机构
查公司
查老板
查关系
武汉天蓝发电子商务有限责任公司
天眼一下
首页
天眼数据
天眼AI
开通会员
联系我们
登录/注册
公司
老板
VIP
风险
商标
招投标
专利
更多
筛选条件
高级搜索
批量查询
搜索范围
企业名称
经营范围
企业简介
地址
品牌/产品
法定代表人
专利
商标
股东
主要人员
省份地区
北京市
天津市
河北省
山西省
内蒙古自治区
辽宁省
吉林省
黑龙江省
上海市
江苏省
更多
为您找到 0 条相关结果
仅看公司
表格
卡片
智能排序
批量操作
抱歉，没有找到相关企业！
输入更准确的关键词，重新搜索
更换筛选条件，重新搜索
试试 高级搜索， 立即精准查询
试试 深度搜索， 实时为您查询工商官网数据
您也可以试试， 添加企业
下载 APP


天眼查
TianYanCha.com
都在用的商业查询工具
国家中小企业发展子基金旗下机构
查公司
查老板
查关系
武汉天联发电子商务有限公司
天眼一下
首页
天眼数据
天眼AI
开通会员
联系我们
登录/注册
公司
老板
VIP
风险
商标
招投标
专利
更多
筛选条件
高级搜索
批量查询
搜索范围
企业名称
经营范围
企业简介
地址
品牌/产品
法定代表人
专利
商标
股东
主要人员
省份地区
北京市
天津市
河北省
山西省
内蒙古自治区
辽宁省
吉林省
黑龙江省
上海市
江苏省
更多
为您找到 0 条相关结果
VIP
仅看公司
表格
卡片
智能排序
批量操作
抱歉，没有找到相关企业！
输入更准确的关键词，重新搜索
更换筛选条件，重新搜索
试试 高级搜索，立即精准查询
试试 深度搜索，实时为您查询工商官网数据
您也可以试试，添加企业
下载 APP


天眼查
TianYanCha.com
都在用的商业查询工具
国家中小企业发展子基金旗下机构
查公司
查老板
查关系
古田四路光电蓝庭汇融
天眼一下
首页
天眼数据
天眼AI
开通会员
联系我们
登录/注册
公司
老板
风险
VIP
商标
招投标
专利
更多
筛选条件
高级搜索
批量查询
搜索范围
企业名称
经营范围
企业简介
地址
品牌/产品
法定代表人
专利
商标
股东
主要人员
省份地区
北京市
天津市
河北省
山西省
内蒙古自治区
辽宁省
吉林省
黑龙江省
上海市
江苏省
更多
为您找到 0 条相关结果
仅看公司
表格
卡片
智能排序
批量操作
抱歉，没有找到相关企业！
输入更准确的关键词，重新搜索
更换筛选条件，重新搜索
试试 高级搜索， 立即精准查询
试试 深度搜索， 实时为您查询工商官网数据
您也可以试试， 添加企业
下载
APP


天眼查
TianYanCha.com
都在用的商业查询工具
国家中小企业发展子基金旗下机构
查公司
查老板
查关系
古田四路新墩天顺园
天眼一下
首页
天眼数据
天眼AI
开通会员
联系我们
登录/注册
公司
老板
VIP
风险
商标
招投标
专利
更多
筛选条件
高级搜索
批量查询
搜索范围
企业名称
经营范围
企业简介
地址
品牌/产品
法定代表人
专利
商标
股东
主要人员
省份地区
北京市
天津市
河北省
山西省
内蒙古自治区
辽宁省
吉林省
黑龙江省
上海市
江苏省
更多
为您找到 0 条相关结果
VIP
仅看公司
表格
卡片
智能排序
批量操作
抱歉，没有找到相关企业！
输入更准确的关键词，重新搜索
更换筛选条件，重新搜索
试试 高级搜索， 立即精准查询
试试 深度搜索， 实时为您查询工商官网数据
您也可以试试， 添加企业 >
下载 APP

企查查 Qcc.com 缔造有远见的商业传奇 全国企业信用查询系统

wuhantianlanfadianzishangwuyouxiangongsi 查一下

应用 企业套餐 开通会员

企业 人员 风险 SVIP 全球企业 商标 专利 招投标 新闻 创投库

暂无相关结果，可尝试以下操作

换个搜索词

试试 深度搜索 > 企查查为你补查最新工商数据

试试 添加企业 > 添加企查查内未查询到的企业

Page 1

关于企查查
关于我们
用户协议
隐私政策
会员协议
意见反馈

联系方式 在线咨询
客服电话：400-928-2212
工作时间：工作日 9:00-20:00
客服邮箱：kefu@qcc.com
商务合作：bd@qcc.com
地址：江苏省苏州市工业园区汇智街8号

快捷导航
裁判文书 标找找 失信被执行人 尽调风控
企业风控 空壳扫描 受益所有人 企业税号查询
千寻地图 工商接口 企业产品中心 全球企业查询
热搜企业 人员名录 企查查移动版 企查查MCP

微信公众号 扫码下载APP 小程序

数据来源： 国家企业信用信息公示系统 | 中国裁判文书网 | 中国执行信息公开网 | 国家知识产权局 | 国家版权局

©2014-2026 企查查科技股份有限公司 版权所有 苏ICP备15042526号 增值电信业务经营许可证： 苏ICP证B2-20180251 营业执照 企业征信备案号： 04005
违法和不良信息举报电话：400-928-2212 举报邮箱： jubao@qcc.com 苏公网安备 32059002002866号

企查查 Qcc.com 缔造有远见的商业传奇 全国企业信用查询系统 | 武汉天蓝发电子商务有限公司 | 查一下 | 应用 | 企业套餐 | 开通会员

企业 人员 风险SVIP 全球企业 商标 专利 招投标 新闻 创投库

已显示"武汉天蓝发电子商务有限公司"部分匹配结果，找不到想要的？试试深度搜索

**筛选条件**

查找范围：企业名 经营范围 企业简介 地址 品牌 法定代表人 专利 商标 股东 主要人员

省份地区：河南省(1) 湖北省(1032) 贵州省(1)

国标行业：建筑业(1) 批发和零售业(981) 信息传输、软件和信息技术服务业(19) 租赁和商务服务业(21) 科学研究和技术服务业(8) 更多

成立年限：3个月内 半年内 1年内 1-3年 3-5年 5-10年 10年以上 开始日期 ~ 结束日期

为您找到 **1,034** 条相关结果 仅显示40条，开通会员查看更多 | 空号过滤 VIP | 仅看公司 VIP | 卡片 表格 | 排序 | 导出

**武汉步发电子商务有限公司** 存续
小微企业
法定代表人：黄博恒 注册资本：10万元 成立日期：2025-11-10 统一社会信用代码：91420104MAK18APB4H
电话：159 VIP 邮箱：15907155139@163.com
地址：湖北省武汉市江夏区纸坊街江夏大道花山小区2幢1单元6号-5
笔记 关注

**武汉荆天电子商务有限公司** 存续
小微企业
法定代表人：石磊 注册资本：200万元 成立日期：2016-12-01 统一社会信用代码：91420112MA4KPWW340
电话：131 VIP 更多 3 邮箱：395018796@qq.com 更多 3
地址：湖北省武汉市东西湖区金银湖南一街2号金湖听语T10栋1410-3室
笔记 关注

**武汉沃发电子商务有限公司** 存续
小微企业
法定代表人：夏旭东 注册资本：20万元 成立日期：2017-01-17 统一社会信用代码：91420100MA4KQQPUX8
电话：180 VIP 更多 3 邮箱：18062551621@qq.com 更多 5
地址：武汉市东湖新技术开发区康福路26号金地·雄楚1号四期B1栋8层20号
笔记 关注

Page 1

**武汉添发电子商务有限公司** 存续
经营异常
法定代表人：钱晨 注册资本：55万元 成立日期：2021-09-27 统一社会信用代码：91420100MA4F378Q74
电话：158 VIP 邮箱：498888490@qq.com
地址：武汉东湖新技术开发区关山大道349号光谷新世界中心B地块5栋2单元17层04室
风险扫描 | 2 条自身风险
笔记 关注

**武汉发松电子商务有限公司** 存续
小微企业
法定代表人：王俊国 注册资本：20万元 成立日期：2024-08-07 统一社会信用代码：91420100MADTUMKT5H
电话：189 VIP 邮箱：77376229@qq.com
地址：湖北省武汉市东湖新技术开发区凌家山南路1号武汉光谷企业天地2号楼9层5室03号
风险扫描 | 1 条自身风险
笔记 关注

**武汉载发电子商务有限公司** 存续
小微企业
法定代表人：朱稳健 注册资本：50万元 成立日期：2021-03-10 统一社会信用代码：91420117MA49PHFHX1
电话：137 VIP 更多 1 邮箱：541603028@qq.com 更多 3
地址：湖北省武汉市新洲区阳逻开发区余泊路1号阳光新港C区（C3组团）C10栋1单元14层2室
笔记 关注

**武汉厚发电子商务有限公司** 存续
小微企业
法定代表人：江奉娇 注册资本：10万元 成立日期：2025-01-02 统一社会信用代码：91420105MAE8PWK35D
电话：132 VIP 邮箱：13207178037@qq.com
地址：湖北省武汉市汉阳区晴川大道329号复地新港城E地块4栋35层3号
笔记 关注

武汉天蓬电子商务有限公司 存续
小微企业
法定代表人：谭昭 注册资本：100万元 成立日期：2019-11-19 统一社会信用代码：91420100MA49CPU74Y
电话：153 VIP 更多 1 邮箱：424245301@qq.com
地址：湖北省武汉市东湖新技术开发区佛祖岭街道佛祖岭C区41栋1101
笔记 关注

武汉蓝子云电子商务有限公司 存续
经营异常
法定代表人：陈先历 注册资本：2000万元 成立日期：2022-09-04 统一社会信用代码：91420104MABXK16R8N
电话：158 VIP 邮箱：15827213594@163.com
地址：武汉市硚口区长堤街217号487号
风险扫描 | 2 条自身风险
笔记 关注

武汉鲜天下电子商务有限公司 存续
小微企业 失信被执行人 限制高消费
法定代表人：蔡鑫 注册资本：1000万元 成立日期：2017-05-10 统一社会信用代码：91420100MA4KU2J452
电话：180 VIP 更多 2 邮箱：20269645@qq.com 更多 3
地址：中国（湖北）自贸区光谷三路777号A办公楼4层401-307号
风险扫描 | 36 条自身风险 8 条关联风险
笔记 关注

武汉珈蓝电子商务有限公司 存续
小微企业
法定代表人：邓霁鹏 注册资本：50万元 成立日期：2017-12-06 统一社会信用代码：91420103MA4KX8P03A
电话：155 VIP 更多 2 邮箱：15527669984@qq.com 更多 2
地址：武汉市江汉区中山大道724-780号同益大厦B栋13层3室
笔记 关注

武汉用天蓝电子商务有限公司 存续
小微企业
法定代表人：赵丹华 注册资本：5万元 成立日期：2019-10-29 统一社会信用代码：91420102MA49C4H23H
电话：151 VIP 更多 5 邮箱：2795209219@qq.com 更多 5
地址：武汉市江岸区建设渠路与新湖渠路交汇处A-4地块幸福时代四期办公（A）幢21层16号房（-631）
笔记 关注

Page 2

武汉胜发威电子商务有限公司 存续
小微企业
法定代表人：李洪春 注册资本：90万元 成立日期：2023-08-15 统一社会信用代码：91420104MACWA0TN5J
电话：027-83775508 更多 1 邮箱：2415314480@qq.com 更多 1
地址：湖北省武汉市江岸区工农兵路101号、105号-4室
笔记 关注

武汉天下药仓电子商务有限公司 存续
小微企业
法定代表人：崔金娥 注册资本：500万元 成立日期：2015-03-25 统一社会信用代码：914201003335183773
电话：027-87738383 更多 1 邮箱：1335436008@qq.com 更多 2
地址：武汉市东湖新技术开发区光谷三路777号A办公楼4层401-25号
笔记 关注

武汉景泰天池电子商务有限公司 存续 复制
小微企业
法定代表人：陈文丹 注册资本：1001万元 成立日期：2016-10-13 统一社会信用代码：91420104MA4KNTG330
电话：157 VIP 更多 5 邮箱：15717119800@163.com 更多 4 官网：www.dangdang.com 更多 1
地址：武汉市硚口区利济南路101-119号1栋3层3-2号
笔记 关注

武汉蓝博汇杰电子商务有限公司 存续
小微企业
法定代表人：程文勇 注册资本：101万元 成立日期：2016-05-24 统一社会信用代码：91420104MA4KMPDP8M
电话：137 VIP 更多 4 邮箱：3177913136@qq.com 更多 4
地址：湖北省武汉市东湖新技术开发区关东街道东信路1号SBI创业街6栋6层01、02室-9（自贸区武汉片区）
笔记 关注

武汉天鲜配电子商务有限公司 存续
小微企业
法定代表人：单传龙 注册资本：1000万元 成立日期：2022-04-11 统一社会信用代码：91420100MA7NA27F8Y
电话：186 VIP 邮箱：994527662@qq.com 更多 1
地址：武汉东湖新技术开发区关东街道关山大道388号红枫金座财富大厦广场写字楼12层1214室
笔记 关注

**武汉蓝色钥匙电子商务有限公司** 存续

经营异常

法定代表人：解伟 注册资本：1000万元 成立日期：2017-05-09 统一社会信用代码：91420106MA4KU1F98Y

电话：189 VIP 邮箱：18971181591@qq.com

地址：武汉市东湖新技术开发区光谷大道41号现代·国际设计城一期1栋2层7号

风险扫描 | 6 条自身风险 0 条关联风险

笔记 关注

**武汉市宁静天蓝电子商务有限公司** 存续

小微企业

法定代表人：刘静静 注册资本：20万元 成立日期：2016-12-06 统一社会信用代码：91420100MA4KQ1AR1F

电话：158 VIP 更多 1 邮箱：47905081@qq.com 更多 2

地址：武汉东湖新技术开发区万科城花璟苑项目一期2幢1单元1层1号房 复制

笔记 关注

**武汉中基星汉电子商务发展有限公司** 存续

小微企业

法定代表人：殷浩 注册资本：1000万元 成立日期：2014-04-02 统一社会信用代码：91420103303420715X

电话：027-88313748 更多 6 邮箱：stormz0@stormz0.com 更多 3

地址：武汉市江汉区万松园路100号西园商业街A座2层2-A1号

笔记 关注

20条/页 1 2 3 4 5 6 > ...52 跳到 页 确定

普通会员最多查看40条数据， 开通VIP，查看最多 5000 条数据

关于企查查
关于我们
用户协议
隐私政策
会员协议
意见反馈

联系方式 在线咨询
客服电话：400-928-2212
工作时间：工作日 9:00-20:00
客服邮箱：kefu@qcc.com
商务合作：bd@qcc.com
地址：江苏省苏州市工业园区汇智街8号

快捷导航
裁判文书 标找找 失信被执行人 尽调风控
企业风控 空壳扫描 受益所有人 企业税号查询
千寻地图 工商接口 企业产品中心 全球企业查询
热搜企业 人员名录 企查查移动版 企查查MCP

微信公众号 扫码下载APP 小程序

数据来源： 国家企业信用信息公示系统 | 中国裁判文书网 | 中国执行信息公开网 | 国家知识产权局 | 国家版权局

©2014-2026 企查查科技股份有限公司 版权所有 苏ICP备15042526号 增值电信业务经营许可证： 苏ICP证B2-20180251 营业执照 企业征信备案号：04005
违法和不良信息举报电话：400-928-2212 举报邮箱：jubao@qcc.com 苏公网安备 32059002002866号

Page 3

企查查 Qcc.com 缔造有远见的商业传奇 全国企业信用查询系统
武汉天兰发电子商务有限公司 查一下
应用 企业套餐 开通会员

企业 人员 风险SVIP 全球企业 商标 专利 招投标 新闻 创投库

已显示"武汉天兰发电子商务有限公司"部分匹配结果，找不到想要的？试试深度搜索

筛选条件

查找范围 企业名 经营范围 企业简介 地址 品牌 法定代表人 专利 商标 股东 主要人员
省份地区 河南省(1) 湖北省(1004) 贵州省(1)
国标行业 建筑业(1) 批发和零售业(954) 信息传输、软件和信息技术服务业(17) 租赁和商务服务业(23) 科学研究和技术服务业(7) 更多
成立年限 3个月内 半年内 1年内 1-3年 3-5年 5-10年 10年以上 开始日期 ~ 结束日期

为您找到 1,006 条相关结果 仅显示40条，开通会员查看更多 空号过滤VIP 仅看公司VIP 卡片 表格 排序 导出

**武汉步发电子商务有限公司** 存续
小微企业
法定代表人：黄博恒 注册资本：10万元 成立日期：2025-11-10 统一社会信用代码：91420104MAK18APB4H
电话： 159 VIP 邮箱：15907155139@163.com
地址：湖北省武汉市江夏区纸坊街江夏大道花山小区2幢1单元6号-5
笔记 关注

**武汉荆天电子商务有限公司** 存续
小微企业
法定代表人：石磊 注册资本：200万元 成立日期：2016-12-01 统一社会信用代码：91420112MA4KPWW340
电话： 131 VIP 更多 3 邮箱：395018796@qq.com 更多 3
地址：湖北省武汉市东西湖区金银湖南一街2号金湖听语T10栋1410-3室
笔记 关注

**武汉讯发电子商务有限公司** 存续
小微企业
法定代表人：陈祥鳌 注册资本：50万元 成立日期：2024-07-22 统一社会信用代码：91420102MADQB80H5A
电话： 138 VIP 邮箱：13886201592@163.com
地址：湖北省武汉市洪山区卓刀泉街道卓刀泉路238号皇后公园6栋1单元1层16号商铺
笔记 关注

Page 1

**武汉沃发电子商务有限公司** 存续
小微企业
法定代表人：夏旭东 注册资本：20万元 成立日期：2017-01-17 统一社会信用代码：91420100MA4KQQPUX8
电话： 180 VIP 更多 3 邮箱：18062551621@qq.com 更多 5
地址：武汉市东湖新技术开发区康福路26号金地·雄楚1号四期B1栋8层20号
笔记 关注

**武汉添发电子商务有限公司** 存续
经营异常
法定代表人：钱晨 注册资本：55万元 成立日期：2021-09-27 统一社会信用代码：91420100MA4F378Q74
电话： 158 VIP 邮箱：498888490@qq.com
地址：武汉东湖新技术开发区关山大道349号光谷新世界中心B地块5栋2单元17层04室
风险扫描 | 2 条自身风险
笔记 关注

**武汉发松电子商务有限公司** 存续
小微企业
法定代表人：王俊国 注册资本：20万元 成立日期：2024-08-07 统一社会信用代码：91420100MADTUMKT5H
电话： 189 VIP 邮箱：77376229@qq.com
地址：湖北省武汉市东湖新技术开发区凌家山南路1号武汉光谷企业天地2号楼9层5室03号
风险扫描 | 1 条自身风险
笔记 关注

**武汉载发电子商务有限公司** 存续
小微企业
法定代表人：朱稳健 注册资本：50万元 成立日期：2021-03-10 统一社会信用代码：91420117MA49PHFHX1
电话： 137 VIP 更多 1 邮箱：541603028@qq.com 更多 3
地址：湖北省武汉市新洲区阳逻开发区余泊路1号阳光新港C区（C3组团）C10栋1单元14层2室
笔记 关注

Page 2
武汉天兰发电子商务有限公司的搜索结果-企查查
https://www.qcc.com/web/search?key=%E6%AD%A6%E6%B1%89%E5%A4%A9%E5%85%B0%E5%8F%91%E7%94%B5%E5%AD%90%E5%95%86%E5%8A%A1...

武汉厚发

**武汉厚发电子商务有限公司** 存续

小微企业

法定代表人：江奉娇 注册资本：10万元 成立日期：2025-01-02 统一社会信用代码：91420105MAE8PWK35D

电话： 132 VIP 邮箱：13207178037@qq.com

地址：湖北省武汉市汉阳区晴川大道329号复地新港城E地块4栋35层3号

笔记 关注

武汉天蓬

**武汉天蓬电子商务有限公司** 存续

小微企业

法定代表人：谭昭 注册资本：100万元 成立日期：2019-11-19 统一社会信用代码：91420100MA49CPU74Y

电话： 153 VIP 更多 1 邮箱：424245301@qq.com

地址：湖北省武汉市东湖新技术开发区佛祖岭街道佛祖岭C区41栋1101

笔记 关注

曼发安

**武汉曼发安电子商务有限公司** 存续

经营异常

法定代表人：肖承乐 注册资本：500万元 成立日期：2019-10-11 统一社会信用代码：91420106MA49BJLN6P

电话： 181 VIP 邮箱：18171035705@qq.com

地址：武昌区武珞路628号亚贸广场A座17层1、2、3号（多咖商务秘书82号）#

风险扫描 | 6 条自身风险 4 条关联风险

笔记 关注

**武汉鲜天下电子商务有限公司** 存续

小微企业 失信被执行人 限制高消费

法定代表人：蔡鑫 注册资本：1000万元 成立日期：2017-05-10 统一社会信用代码：91420100MA4KU2J452

电话： 180 VIP 更多 2 邮箱：20269645@qq.com 更多 3

地址：中国（湖北）自贸区光谷三路777号A办公楼4层401-307号

风险扫描 | 36 条自身风险 8 条关联风险

笔记 关注

库行天下

**武汉库行天下电子商务有限公司** 存续

小微企业

法定代表人：李清 注册资本：100万元 成立日期：2016-05-17 统一社会信用代码：91420112MA4KMMHJ65 复制

电话： 132 VIP 更多 2 邮箱：819382030@qq.com 更多 5

地址：武汉市东西湖区七支沟东、团结大道北电子设备生产及研发项目6栋18层办公6（8）

笔记 关注

Page 2

胜发威

**武汉胜发威电子商务有限公司** 存续

小微企业

法定代表人：李洪春 注册资本：90万元 成立日期：2023-08-15 统一社会信用代码：91420104MACWA0TN5J

电话：027-83775508 更多 1 邮箱：2415314480@qq.com 更多 1

地址：湖北省武汉市江岸区工农兵路101号、105号-4室

笔记 关注

天兰锐

**武汉市天兰锐电子商务有限公司** 存续

小微企业

法定代表人：赵吉兴 注册资本：1万元 成立日期：2024-05-12 统一社会信用代码：91420115MADK1U25XD

电话： 150 VIP 邮箱：15066599917@qq.com 更多 1

地址：湖北省武汉市江夏区郑店街雷竹村四组金竹路29号-436

笔记 关注

**武汉天下药仓电子商务有限公司** 存续

小微企业

法定代表人：崔金娥 注册资本：500万元 成立日期：2015-03-25 统一社会信用代码：914201003335183773

电话：027-87738383 更多 1 邮箱：1335436008@qq.com 更多 2

地址：武汉市东湖新技术开发区光谷三路777号A办公楼4层401-25号

笔记 关注

景泰天池

**武汉景泰天池电子商务有限公司** 存续

小微企业

法定代表人：陈文丹 注册资本：1001万元 成立日期：2016-10-13 统一社会信用代码：91420104MA4KNTG330

电话：157 VIP 更多 5 邮箱：15717119800@163.com 更多 4 官网：www.dangdang.com 更多 1

地址：武汉市硚口区利济南路101-119号1栋3层3-2号

笔记 关注

天鲜配

**武汉天鲜配电子商务有限公司** 存续

小微企业

法定代表人：单传龙 注册资本：1000万元 成立日期：2022-04-11 统一社会信用代码：91420100MA7NA27F8Y

电话： 186 VIP 邮箱：994527662@qq.com 更多 1

地址：武汉东湖新技术开发区关东街道关山大道388号红枫金座财富大厦广场写字楼12层1214室

笔记 关注

Captured by FireShot Pro: 01 July 2026, 05:22:49 PM
https://getfireshot.com

神农天香

**武汉神农天香电子商务有限公司** 存续

小微企业

法定代表人：廖秉谦 注册资本：2000万元 成立日期：2015-12-02 统一社会信用代码：91421200MA48815R09

电话：138 VIP 更多 5 邮箱：13872161906@qq.com 更多 5

地址：咸宁经济开发区永安东路58号（光谷南科技城内）

笔记 关注

中基星汉

**武汉中基星汉电子商务发展有限公司** 存续

小微企业

法定代表人：殷浩 注册资本：1000万元 成立日期：2014-04-02 统一社会信用代码：914201033034207 15X

电话：027-88313748 更多 6 邮箱：stormz0@stormz0.com 更多 3

地址：武汉市江汉区万松园路100号西园商业街A座2层2-A1号

笔记 关注

木兰之恋

**武汉市木兰之恋电子商务有限公司** 存续

小微企业

法定代表人：刘丽 注册资本：150万元 成立日期：2017-07-03 统一社会信用代码：91420116MA4KUX0Q96

电话：159 VIP 更多 2 邮箱：15927386598@163.com 更多 4

地址：武汉市黄陂区祁家湾街王棚村

风险扫描 | 15 条自身风险

笔记 关注

20条/页 1 2 3 4 5 6 > ...51 跳到 页 确定

普通会员最多查看40条数据， 开通VIP，查看最多 5000 条数据

关于企查查
关于我们
用户协议
隐私政策
会员协议
意见反馈

联系方式 在线咨询
客服电话：400-928-2212
工作时间：工作日 9:00-20:00
客服邮箱：kefu@qcc.com
商务合作：bd@qcc.com
地址：江苏省苏州市工业园区汇智街8号

快捷导航
裁判文书 标找找 失信被执行人 尽调风控
企业风控 空壳扫描 受益所有人 企业税号查询
千寻地图 工商接口 企业产品中心 全球企业查询
热搜企业 人员名录 企查查移动版 企查查MCP

微信公众号 扫码下载APP 小程序

数据来源：国家企业信用信息公示系统 | 中国裁判文书网 | 中国执行信息公开网 | 国家知识产权局 | 国家版权局

©2014-2026 企查查科技股份有限公司 版权所有 苏ICP备15042526号 增值电信业务经营许可证：苏ICP证B2-20180251 营业执照 企业征信备案号：04005
违法和不良信息举报电话：400-928-2212 举报邮箱：jubao@qcc.com 苏公网安备 32059002002866号

Page 3

企查查 Qcc.com 缔造有远见的商业传奇 全国企业信用查询系统 | 武汉天蓝发电子商务有限责任公司 | 查一下 | 应用 | 企业套餐 | 开通会员

企业 人员 风险SVIP 全球企业 商标 专利 招投标 新闻 创投库

已显示"武汉天蓝发电子商务有限责任公司"部分匹配结果，找不到想要的？试试深度搜索

**筛选条件**

**查找范围** 企业名 经营范围 企业简介 地址 品牌 法定代表人 专利 商标 股东 主要人员

**省份地区** 广东省(1) 湖北省(2618) 安徽省(1) 天津市(2)

**国标行业** 农、林、牧、渔业(1) 制造业(1) 批发和零售业(2529) 住宿和餐饮业(2) 信息传输、软件和信息技术服务业(31) 租赁和商务服务业(46) 更多

**成立年限** 3个月内 半年内 1年内 1-3年 3-5年 5-10年 10年以上 开始日期 ~ 结束日期

为您找到 **2,622** 条相关结果 仅显示40条，开通会员查看更多 | 空号过滤VIP 仅看公司VIP | 卡片 表格 | 排序 | 导出

**武汉保真电子商务有限责任公司** 存续
小微企业
法定代表人：徐爱玲 注册资本：100万元 成立日期：2014-05-28 统一社会信用代码：91420103303324686W
电话：135 VIP 更多 1 邮箱：15623406660@163.com 更多 2
地址：武汉市江岸区塔子湖街道中一路华宇旭辉星空3栋2815号房
笔记 关注

**武汉亿房电子商务有限责任公司** 存续
小微企业
法定代表人：李大钢 注册资本：500万元 成立日期：2011-09-29 统一社会信用代码：91420103581842213E
电话：027-59208267 更多 4 邮箱：513955839@qq.com 更多 5
地址：武汉市江汉区建设大道625号金华大厦11层3室
笔记 关注

**武汉缸子电子商务有限责任公司** 存续
小微企业 限制高消费
法定代表人：陈戴行 注册资本：300万元 成立日期：2022-03-09 统一社会信用代码：91420100MA7L3R527X
电话：027-87632546 更多 1 邮箱：18908656508@163.com
地址：武汉东湖新技术开发区光谷大道58号关南福星医药园2栋23层02号（自贸区武汉片区）
风险扫描 | 6 条自身风险 3 条关联风险
笔记 关注

Page 1

**武汉泓聚电子商务有限责任公司** 存续
小微企业
法定代表人：杨德刚 注册资本：100万元 成立日期：2018-02-05 统一社会信用代码：91420100MA4KXQJ47N
电话：180 VIP 更多 2 邮箱：495234414@qq.com 更多 4
地址：武汉东湖新技术开发区光谷大道58号关南福星医药园2栋17层10室（自贸区武汉片区）
笔记 关注

**武汉南笙米电子商务有限责任公司** 存续
小微企业 限制高消费
法定代表人：姚林奇 注册资本：50万元 成立日期：2019-07-21 统一社会信用代码：91420102MA4K4RA95T
电话：155 VIP 更多 2 邮箱：15527823221@qq.com 更多 3
地址：武汉市硚口区中山大道与多福路交汇处、复地汉正街项目（云尚.武汉国际时尚中心）3号楼21层6号房
风险扫描 | 67 条自身风险 1 条关联风险
笔记 关注

**武汉蓝创电子商务有限责任公司** 存续
小微企业 经营异常
法定代表人：王操 注册资本：100万元 成立日期：2018-05-21 统一社会信用代码：91420102MA4KYMQW5A
电话：158 VIP 更多 1 邮箱：15869336333@qq.com 更多 1
地址：武汉市江岸区后湖乡同鑫花园第2幢1层1号房
风险扫描 | 1 条自身风险
笔记 关注

**武汉市东禄电子商务有限责任公司** 存续
小微企业
法定代表人：彭镇 注册资本：10050万元 成立日期：2022-10-13 统一社会信用代码：91420112MAC114X657
电话：191 VIP 邮箱：19107179533@139.com 更多 1
地址：武汉市东西湖区金山大道889号恒大帝景26号楼22层2号
笔记 关注

武汉荔香

**武汉荔香电子商务有限责任公司** 存续

小微企业

法定代表人：赵跃 注册资本：0.11万元 成立日期：2024-03-17 统一社会信用代码：91420102MADETXPB09

电话：130 VIP 更多 1 邮箱：523232@qq.com 更多 1

地址：湖北省武汉市江岸区后湖大道335号幸福时代商业E栋2层202室

笔记 关注

---

武汉茗发

**武汉茗发电子商务有限责任公司** 存续

小微企业

法定代表人：王小容 注册资本：0.1万元 成立日期：2024-03-21 统一社会信用代码：91420102MADEX1R91J

电话：130 VIP 更多 1 邮箱：796346@qq.com 更多 1

地址：湖北省武汉市江岸区后湖大道335号幸福时代商业E栋2层202室

笔记 关注

---

武汉蓝溪

**武汉蓝溪电子商务有限责任公司** 存续

小微企业

法定代表人：王小容 注册资本：0.1万元 成立日期：2024-03-20 统一社会信用代码：91420102MADFA4B69X

电话：130 VIP 更多 1 邮箱：235615@qq.com 更多 1

地址：湖北省武汉市江岸区后湖大道335号幸福时代商业E栋2层202室

笔记 关注

---

新三秀

**武汉新三秀电子商务有限责任公司** 存续

小微企业

法定代表人：冯岩 注册资本：70万元 成立日期：2019-06-04 统一社会信用代码：91420112MA4K497U9L

电话：136 VIP 更多 1 邮箱：18627102560@139.com 更多 3

地址：武汉市东西湖区三秀路与吴祁街交汇处东顺擎天五栋二单元一层

风险扫描 | 1 条自身风险 269 条关联风险

笔记 关注

---

武汉祁明

**武汉祁明电子商务有限责任公司** 存续

小微企业

法定代表人：赵跃 注册资本：0.1万元 成立日期：2024-03-21 统一社会信用代码：91420102MADEW7NU9G

电话：130 VIP 更多 1 邮箱：249357@qq.com 更多 1

地址：湖北省武汉市江岸区后湖大道335号幸福时代商业E栋2层202室

笔记 关注

Page 2

---

**武汉拓普森电子商务有限责任公司** 存续

小微企业

法定代表人：闫婷 注册资本：100万元 成立日期：2011-01-29 统一社会信用代码：91420106568363197R

电话：180 VIP 更多 3 邮箱：6725939@qq.com 更多 3 官网：topsunec.com

地址：武昌区紫阳街巡司河商住区汇文新都A区2栋1层1-4号-3

笔记 关注

---

浩楠电子

**浩楠电子商务（武汉）有限责任公司** 存续

小微企业

法定代表人：李於龙 注册资本：2000万元 成立日期：2017-08-31 统一社会信用代码：91420115MA4KWE6B35

电话：139 VIP 更多 1 邮箱：13971728866@139.com 更多 3

地址：湖北省武汉市东湖新技术开发区关山二路特1号国际企业中心2栋3层02室A276

笔记 关注

---

用天蓝

**武汉用天蓝电子商务有限公司** 存续

小微企业

法定代表人：赵丹华 注册资本：5万元 成立日期：2019-10-29 统一社会信用代码：91420102MA49C4H23H

电话：151 VIP 更多 5 邮箱：2795209219@qq.com 更多 5

地址：武汉市江岸区建设渠路与新湖渠路交汇处A-4地块幸福时代四期办公（A）幢21层16号房（-631）

笔记 关注

---

**武汉市润佳电子商务有限责任公司** 存续

小微企业

法定代表人：罗晨 注册资本：1000万元 成立日期：2010-06-06 统一社会信用代码：914201125550383955

电话：139 VIP 更多 2 邮箱：shiyong3088@126.com 更多 2

地址：湖北省武汉市东西湖区慈惠街道办事处沙嘴余氏墩189号（8）

笔记 关注

---

优你优我

**武汉优你优我电子商务有限责任公司** 存续

小微企业

法定代表人：李俊健 注册资本：100万元 成立日期：2021-12-23 统一社会信用代码：91420111MA7G7WCU15

电话：186 VIP 更多 2 邮箱：2409100191@qq.com 更多 1

地址：湖北省武汉市江夏区金水街道办金兴社区2栋3单元402-1号房（申报承诺登记）

笔记 关注

久尧发

**武汉市久尧发电子商务有限责任公司** 存续

小微企业

法定代表人：尹发清 注册资本：100万元 成立日期：2025-04-24 统一社会信用代码：91420111MAEGJ5T92F

地址：湖北省武汉市洪山区珞狮南路222号诚功新时代15楼1501室

笔记 关注

卡宾熊

**卡宾熊电子商务（武汉）有限责任公司** 存续

小微企业

法定代表人：杨古渊 注册资本：120万元 成立日期：2019-06-16 统一社会信用代码：91420112MA4K4CKH3H

电话：180 VIP 更多 2 邮箱：18173351@qq.com 更多 1

地址：武汉市东西湖区三店农场二大队（汽车电子产品生产厂房）7栋/层2室-N2

笔记 关注

宁静天蓝

**武汉市宁静天蓝电子商务有限公司** 存续

小微企业

法定代表人：刘静静 注册资本：20万元 成立日期：2016-12-06 统一社会信用代码：91420100MA4KQ1AR1F

电话：158 VIP 更多 1 邮箱：47905081@qq.com 更多 2

地址：武汉东湖新技术开发区万科城花璟苑项目一期2幢1单元1层1号房

笔记 关注

20条/页 1 2 3 4 5 6 > ...132 跳到 页 确定

普通会员最多查看40条数据， 开通VIP，查看最多 5000 条数据

关于企查查
关于我们
用户协议
隐私政策
会员协议
意见反馈

联系方式 在线咨询
客服电话：400-928-2212
工作时间：工作日 9:00-20:00
客服邮箱：kefu@qcc.com
商务合作：bd@qcc.com
地址：江苏省苏州市工业园区汇智街8号

快捷导航
裁判文书 标找找 失信被执行人 尽调风控
企业风控 空壳扫描 受益所有人 企业税号查询
千寻地图 工商接口 企业产品中心 全球企业查询
热搜企业 人员名录 企查查移动版 企查查MCP

微信公众号 扫码下载APP 小程序

数据来源： 国家企业信用信息公示系统 | 中国裁判文书网 | 中国执行信息公开网 | 国家知识产权局 | 国家版权局

©2014-2026 企查查科技股份有限公司 版权所有 苏ICP备15042526号 增值电信业务经营许可证：苏ICP证B2-20180251 营业执照 企业征信备案号：04005
违法和不良信息举报电话：400-928-2212 举报邮箱：jubao@qcc.com 苏公网安备 32059002002866号

Page 3

企查查 Qcc.com 缔造有远见的商业传奇 全国企业信用查询系统 | 武汉天联发电子商务有限公司 | 查一下 | 应用 | 企业套餐 | 开通会员

企业 人员 风险 SVIP 全球企业 商标 专利 招投标 新闻 创投库

**筛选条件**

查找范围 企业名 经营范围 企业简介 地址 品牌 法定代表人 专利 商标 股东 主要人员

**为您找到 1 条相关结果**

空号过滤 VIP 仅看公司 VIP 卡片 表格 排序 导出

天连发

**武汉天连发电子商务有限公司** 存续

小微企业

法定代表人：刘诗杰 注册资本：20万元 成立日期：2020-06-07 统一社会信用代码：91420104MA49GLLE5L

电话：189 VIP 更多 1 邮箱：18986258185@163.com 更多 2

地址：武汉市硚口区古田四路北区107栋1-3-1

笔记 关注

Page 1

普通会员最多查看40条数据，开通VIP，查看最多 5000 条数据

没有想要的查询结果？ 深度搜索

**关于企查查**
关于我们
用户协议
隐私政策
会员协议
意见反馈

**联系方式** 在线咨询
客服电话：400-928-2212
工作时间：工作日 9:00-20:00
客服邮箱：kefu@qcc.com
商务合作：bd@qcc.com
地址：江苏省苏州市工业园区汇智街8号

**快捷导航**
裁判文书 标找找 失信被执行人 尽调风控
企业风控 空壳扫描 受益所有人 企业税号查询
千寻地图 工商接口 企业产品中心 全球企业查询
热搜企业 人员名录 企查查移动版 企查查MCP

微信公众号 扫码下载APP 小程序

数据来源：国家企业信用信息公示系统 | 中国裁判文书网 | 中国执行信息公开网 | 国家知识产权局 | 国家版权局

©2014-2026 企查查科技股份有限公司 版权所有 苏ICP备15042526号 增值电信业务经营许可证：苏ICP证B2-20180251 营业执照 企业征信备案号：04005
违法和不良信息举报电话：400-928-2212 举报邮箱：jubao@qcc.com 苏公网安备 32059002002866号

企查查 Qcc.com 缔造有远见的商业传奇 全国企业信用查询系统 武汉天连发电子商务有限公司 查一下 应用 企业套餐 开通会员

# 武汉天连发电子商务有限公司 存续

小微企业

企查分：640分 报告 笔记 关注

124 4天前更新

统一社会信用代码：91420104MA49GLLE5L
法定代表人：刘诗杰
注册资本：20万元
成立日期：2020-06-07

电话：189 VIP 更多 1
邮箱：18986258185@163.com 更多 2
官网：-
地址：武汉市硚口区古田四路北区107栋1-3-1 附近企业

企查查行业：家居用品批发
企业规模：XS 微型

简介：武汉天连发电子商务有限公司成立于2020-06-08，法定代表人为刘诗杰，注册资本为20万元，统一社会信用代码为91420104MA49GLLE5L，企业注册地址位于武汉市硚…展开

财产线索 财产类型 1 线索数量 1
股权穿透图 挖掘深层股权结构
企业图谱 企业信息一图掌控

动态 及时查看企业一手动态 认领企业 企业PK 发票抬头 数据纠错

风险扫描 自身风险 0 关联风险 0 历史信息 0 提示信息 0
基于企查查收录的公开数据，暂未发现该企业有风险信息

分析 深度风险分析 0 债务/债权 0 风险关系 0 合同违约 VIP 竞争风险 0 合作风险 0

基本信息 687 法律诉讼 经营风险 经营信息 2 企业发展 知识产权 历史信息 VIP

查查图谱 工商信息 股东信息 1 主要人员 2 对外投资 0 控制企业 0 变更记录 0 分支机构 0 财务数据 企业年报 6 最终受益人 实际控制人 协同股东 0 疑似关系 673 同业分析



企业图谱 股权结构图 股权穿透图 关系图谱 实际控制人 企业受益股东 企业股权分布 关联方认定图

## 工商信息

工商信息 历史工商信息 文字介绍 工商官网快照 导出 企查查

| | | | | | |
|---|---|---|---|---|---|
| 统一社会信用代码 | 91420104MA49GLLE5L | 企业名称 | 武汉天连发电子商务有限公司 | | |
| 法定代表人 | 刘诗杰 | 登记状态 | 存续（在营、开业、在册） | 成立日期 | 2020-06-07 |
| | | 注册资本 | 20万元 | 实缴资本 | - |
| 组织机构代码 | MA49GLLE-5 | 工商注册号 | - | 纳税人识别号 | 91420104MA49GLLE5L |
| 企业类型 | 有限责任公司（自然人独资） | 营业期限 | 2020-06-07 至 无固定期限 | 纳税人资质 | - |
| 参保人数 | 0 (2025年报) | 核准日期 | VIP | | |
| 所属地区 | 湖北省武汉市硚口区 | 登记机关 | 武汉市硚口区市场监督管理局 | | |
| 国标行业 | 其他未列明批发业（F5199） | 英文名 | Wuhan Tianlianfa E-commerce Co., Ltd.（自动翻译更新） | | |
| 注册地址 | 武汉市硚口区古田四路北区107栋1-3-1（邮编430030） 附近企业 | | | | |
| 经营范围 | 宠物用品、厨房用具、服装鞋帽、箱包、腰带、皮革制品、电子产品、数码产品、饰品、工艺品、日用百货、体育用品、汽车零部件、汽车用品、汽车美容用品、五金工具、计生用品、纸制品、纸张、办公设备、办公耗材、瓷器、邮票的网上销售。(涉及许可经营项目，应取得相关部门许可后方可经营) | | | | |

## 股东信息 1

股权结构 导出 企查查

| 序号 | 股东名称 | 持股比例 | 认缴出资额(万元) | 认缴出资日期 | 首次持股日期 |
|---|---|---|---|---|---|
| 1 | 刘 刘诗杰 实际控制人 受益所有人 | 100% | VIP | 2040-12-31 | 2020-06-07 |

## 主要人员

主要人员 2 历史主要人员

导出 企查查

| 序号 | 姓名 | 职务 | 持股比例 |
|---|---|---|---|
| 1 | 刘 刘诗杰 法定代表人 大股东 实际控制人 受益所有人 | 执行董事兼总经理,财务负责人 | 100% |
| 2 | 刘 刘明钢 | 监事 | - |

## 企业年报 6

导出 企查查

| 2025年度报告 | 2024年度报告 | 2023年度报告 | 2022年度报告 | 2021年度报告 | 2020年度报告 |
|---|---|---|---|---|---|
| 2026-06-03 | 2025-06-22 | 2024-06-16 | 2023-04-18 | 2022-03-23 | 2021-02-24 |

## 企业更多维度信息

全部特权 >

| 3年SVIP | 2年SVIP | 1年SVIP |
|---|---|---|
| ¥3600 | ¥3600 | ¥1800 |
| 每天仅需 3.28 元 | 每天仅需 4.93 元 | 每天仅需 4.93 元 |

立即开通
支付后可开发票

样例

VIP会员 疑似关系 673 同业分析

SVIP会员 最终受益人 实际控制人

Page 2

数据来源：国家企业信用信息公示系统、全国建筑市场监管公共服务平台等。

相关企业 热门企业 推荐企业 更多相关企业

武汉恒成电子商务有限公司
胡敏

武汉旗空世应电子商务有限公司
曹斌

武汉鑫轩佳蕾电子商务有限公司
张伦

武汉创世创业电子商务有限公司
汪顺枝

武汉饰家境电子商务有限公司
李炀炀

武汉鸩辰电子商务有限公司
苏群欢

武汉恒玉欢电子商务有限公司
刘欢

武汉市卓生电子商务有限公司
陈朝

武汉豪畅子电子商务有限公司
肖子豪

武汉五申阁电子商务有限公司
臧梦琪

关于企查查
关于我们
用户协议
隐私政策
会员协议
意见反馈

联系方式 在线咨询
客服电话：400-928-2212
工作时间：工作日 9:00-20:00
客服邮箱： kefu@qcc.com
商务合作： bd@qcc.com
地址：江苏省苏州市工业园区汇智街8号

快捷导航
裁判文书 标找找 失信被执行人 尽调风控
企业风控 空壳扫描 受益所有人 企业税号查询
千寻地图 工商接口 企业产品中心 全球企业查询
热搜企业 人员名录 企查查移动版 企查查MCP

微信公众号 扫码下载APP 小程序

数据来源： 国家企业信用信息公示系统 | 中国裁判文书网 | 中国执行信息公开网 | 国家知识产权局 | 国家版权局

©2014-2026 企查查科技股份有限公司 版权所有 苏ICP备15042526号 增值电信业务经营许可证： 苏ICP证B2-20180251 营业执照 企业征信备案号： 04005
违法和不良信息举报电话：400-928-2212 举报邮箱： jubao@qcc.com 苏公网安备 32059002002866号

Page 3

Page 1
古田四路光电蓝庭融汇的搜索结果-企查查
https://www.qcc.com/web/search?key=%E5%8F%A4%E7%94%B0%E5%9B%9B%E8%B7%AF%E5%85%89%E7%94%B5%E8%93%9D%E5%BA%AD%E8%9E%8D...

企查查 Qcc.com 缔造有远见的商业传奇 全国企业信用查询系统 古田四路光电蓝庭融汇 查一下 应用 企业套餐 开通会员

企业 人员 风险 SVIP 全球企业 商标 专利 招投标 新闻 创投库

暂无相关结果，可尝试以下操作

换个搜索词
试试 深度搜索 > 企查查为你补查最新工商数据
试试 添加企业 > 添加企查查内未查询到的企业

Page 1

关于企查查
关于我们
用户协议
隐私政策
会员协议
意见反馈

联系方式 在线咨询
客服电话：400-928-2212
工作时间：工作日 9:00-20:00
客服邮箱： kefu@qcc.com
商务合作： bd@qcc.com
地址：江苏省苏州市工业园区汇智街8号

快捷导航
裁判文书 标找找 失信被执行人 尽调风控
企业风控 空壳扫描 受益所有人 企业税号查询
千寻地图 工商接口 企业产品中心 全球企业查询
热搜企业 人员名录 企查查移动版 企查查MCP

微信公众号 扫码下载APP 小程序

数据来源： 国家企业信用信息公示系统 | 中国裁判文书网 | 中国执行信息公开网 | 国家知识产权局 | 国家版权局

©2014-2026 企查查科技股份有限公司 版权所有 苏ICP备15042526号 增值电信业务经营许可证： 苏ICP证B2-20180251 营业执照 企业征信备案号： 04005
违法和不良信息举报电话：400-928-2212 举报邮箱： jubao@qcc.com 苏公网安备 32059002002866号

企查查 Qcc.com 缔造有远见的商业传奇 全国企业信用查询系统

古田四路新墩天顺园 查一下

应用 企业套餐 开通会员

企业 人员 风险SVIP 全球企业 商标 专利 招投标 新闻 创投库

暂无相关结果，可尝试以下操作

换个搜索词

试试 深度搜索 > 企查查为你补查最新工商数据

试试 添加企业 > 添加企查查内未查询到的企业

Page 1

关于企查查
关于我们
用户协议
隐私政策
会员协议
意见反馈

联系方式 在线咨询
客服电话：400-928-2212
工作时间：工作日 9:00-20:00
客服邮箱： kefu@qcc.com
商务合作： bd@qcc.com
地址：江苏省苏州市工业园区汇智街8号

快捷导航
裁判文书 标找找 失信被执行人 尽调风控
企业风控 空壳扫描 受益所有人 企业税号查询
千寻地图 工商接口 企业产品中心 全球企业查询
热搜企业 人员名录 企查查移动版 企查查MCP

微信公众号 扫码下载APP 小程序

数据来源： 国家企业信用信息公示系统 | 中国裁判文书网 | 中国执行信息公开网 | 国家知识产权局 | 国家版权局

©2014-2026 企查查科技股份有限公司 版权所有 苏ICP备15042526号 增值电信业务经营许可证： 苏ICP证B2-20180251 营业执照 企业征信备案号： 04005
违法和不良信息举报电话：400-928-2212 举报邮箱： jubao@qcc.com 苏公网安备 32059002002866号


https://ditu.amap.com/search?query=古田四路新墩天顺园一组团107栋1单元301室&city=440100&geoobj=113.208314%7C23.270033%7C...
古田四路新墩天顺园一组团107栋
武汉
小雨
23/27°C
反馈
卫星
路况
测距
地铁
全屏
1. 天顺园
古田四路新墩特1号
去手机查看详情
2. 天顺园601栋
古田四路新墩特1号
去手机查看详情
3. 天顺园1017栋
古田四路新墩特1号
去手机查看详情
4. 天顺园一组团
古田四路与长祥路交叉口西南100米
去手机查看详情
5. 天顺园501栋
古田四路新墩特1号
君合好车
景明花园
长顺路
武汉新势力
二手车批发
水厂路小学
(团结校区)
天顺园十组团
惊大雷面包车
团结·佳兴园
天顺园九组团
武汉市博学
初级中学
刘胖子家常菜
天顺园七组团
华生·汉口城市
广场南区D小区
武汉市第一
职业教育中心
天顺园三组团
天顺园二组团
天顺园五组团
长丰城H4区
长丰城H5区
古田二路北下桥匝道
星耀二手车
200 米
高德地图
©2026 高德 - GS(2025)5996号 - 甲测资字11112528 - 京ICP备2023020281号-12 - 京公网安备 11010502056787号 | 资质证照 | 协议与声明 | 开放平台 | 新增地点 | 意见反馈 | 商户免费
涉未成年人举报 | 算法推荐举报 | 生活服务专项举报 | 廉正举报


https://map.baidu.com/search/古田四路新墩天顺园一组团107栋1单元301室/@12714993.488913933,3561192.0149999997,17.47z?querytype=s...
古田四路新墩天顺园一组团107栋1单元301
登录即可一键发送地点到手机
登录
天顺园-107号楼
湖北省武汉市硚口区长丰街道古田四路新墩特1号
天顺园-一组团1栋
武汉市硚口区古田四路天顺园六组团
天顺园六组团-十组团
武汉市硚口区长顺路与丰顺路交叉路口往西南约210米
最高
¥100
扫码领取酒店红包
满100减6 最高减100
武汉市
路况
地铁
工具箱
华生汉口城市广场-2期
天顺园六组团十组团
天顺园九组团
天顺园-六组团
天顺园
武汉市博学初级中学
丰顺路
长风路
天顺园六组团七组团
天顺园-三组团
天顺园-二组团
天顺园六组团五组团
天顺园六组团四组团
长丰城
长丰城-H6