# EXHIBIT G

amazon Delivering to Chicago 60611 Update location All Search Amazon EN Hello, sign in Account & Lists Returns & Orders 0 Cart
All Health AI Amazon Haul Whole Foods Medical Care Amazon Basics Best Sellers Prime Today's Deals New Releases Books Groceries Gift Cards Sell Music Registry Fashion

# BJ's choice

Visit the BJ's choice storefront

★★★★★ **100% positive** in the last 12 months (13 ratings)

## About Seller

BJ's choice is committed to providing each customer with the highest standard of customer service.

**Have a question for BJ's choice?**

Ask a question

## Reviews

★★★★★ 4.8 out of 5
13 ratings

12 months

| | |
|---|---|
| 5 star | 85% |
| 4 star | 15% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

13 total ratings, 13 with feedback for 12 months

★★★★☆ "Would be helpful if puzzle picture now glued to outside of container was enclosed & removable"
By Kasey on June 4, 2026.

★★★★☆ "Item arrived too late for trip"
By Isabella on May 20, 2026.

★☆☆☆☆ "~~One puzzle set was delivered with one piece missing. Can you please remedy the problem? Thanks.~~"
By Tom McKnight on May 13, 2026.
**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★★★★★ "Product as described."
By barbara williams on May 13, 2026.

★★★★★ "Absolutely love, love, love these puzzles. I can do them at my desk during breaks for work. They are great! Good experience with the seller."
By Gigi Drummond on March 17, 2026.

Previous Next

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** wuhantianlanfadianzishangwuyouxiangongsi
**Business Address:**
古田四路新墩天顺园一组团107栋1单元301室
武汉市
硚口区
湖北省
430034
CN

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

amazon English United States

Amazon Music Stream millions of songs
Amazon Ads Reach customers wherever they spend their time
6pm Score deals on fashion brands
AbeBooks Books, art & collectibles
ACX Audiobook Publishing Made Easy
Sell on Amazon Start a Selling Account
Veeqo Shipping Software Inventory Management
Amazon Business Everything For Your Business
Amazon Fresh Groceries & More Right To Your Door
AmazonGlobal Ship Orders Internationally
Home Services Experienced Pros Happiness Guarantee
Amazon Web Services Scalable Cloud Computing Services
Audible Listen to Books & Original Audio Performances
Box Office Mojo Find Movie Box Office Data
Goodreads Book reviews & recommendations
IMDb Movies, TV & Celebrities
IMDbPro Get Info Entertainment Professionals Need
Kindle Direct Publishing Indie Digital & Print Publishing Made Easy
Amazon Photos Unlimited Photo Storage Free With Prime
Prime Video Direct Video Distribution Made Easy
Shopbop Designer Fashion Brands
Amazon Resale Great Deals on Quality Used Products
Whole Foods Market America's Healthiest Grocery Store
Woot! Deals and Shenanigans
Zappos Shoes & Clothing
Ring Smart Home Security Systems
eero WiFi Stream 4K Video in Every Room
Blink Smart Security for Every Home
Neighbors App Real-Time Crime & Safety Alerts
PillPack Pharmacy Simplified
Amazon Renewed Refurbished tech you can trust

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates