# EXHIBIT H

**Please Don't Scroll Past This** Can you chip in? The Internet Archive, which runs this project, partners with institutions across the globe to preserve cultural heritage that would otherwise be lost forever. **We need your support in continuing this vital work.**



DONATE INTERNET ARCHIVE WaybackMachine

Explore more than 1 trillion web pages saved over time

amazon.com/sp?seller=A2U7IPV36SF4UK

Calendar · Collections · Changes · Summary · Site Map · URLs

## Hrm.

Wayback Machine has not archived that URL.

### This page is available on the web!

Help make the Wayback Machine more complete!

Save this URL in the Wayback Machine

Click here to search for all archived pages under http://amazon.com/sp



The Wayback Machine is an initiative of the Internet Archive, a 501(c)(3) non-profit, building a digital library of Internet sites and other cultural artifacts in digital form. Other projects include Open Library & archive-it.org.

Your use of the Wayback Machine is subject to the Internet Archive's Terms of Use.

Captured by FireShot Pro: 19 June 2026, 12:38:00 PM
https://getfireshot.com