IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID GEORGE MACLEAN, | Case No. 1:25-cv-12319 |
| Plaintiff, | Judge Jorge L. Alonso |
| v. | Magistrate Judge Albert Berry, III |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | |
| Defendants. | |

**DECLARATION OF Shijie Liu IN SUPPORT OF DEFENDANT BJ'S CHOICE'S MOTION TO SET ASIDE DEFAULT JUDGMENT**

1. I am Shijie Liu, the manager of 武汉天连发电子商务有限公司 (Wuhan Tianlianfa E-Commerce Co., Ltd.; the "Company"), which operates BJ's Choice, Amazon Seller ID A2U7IPV36SF4UK. I have personal knowledge of the Company's account and locations through daily management of the company. Its Unified Social Credit Code is 91420104MA49GLLE5L. The company identified by that name and code in ECF No. 31-8 at 2 is our Company.

2. The Amazon business name uses "tianlanfa" because of a spelling error when the information was entered. It refers to the same Company. We left it unchanged because operations were unaffected and the Company's credit code was correct.

3. The registered address, 古田四路北区 107 栋 1-3-1 (Room 1-3-1, Building 107, Gutian Fourth Road North District, Wuhan), and 古田四路新墩天顺园一组团 107 栋 1 单元 301 室 (Room 301, Unit 1, Building 107, Xindun Tianshunyuan Group 1) identify the same premises. Registration used the older wording on the property certificate. The Company uses these premises as its registered address and warehouse.

4. The Company also operates at 古田四路广电兰亭荣荟 11 栋 1 单元 3402 (Room 3402, Unit 1, Building 11, Guangdian Lanting Ronghui, Gutian Fourth Road, Wuhan), a separate property that I own. The development's correct Chinese name is 广电兰亭荣荟, rather than 光电蓝庭融汇.

5. Both locations were in use for the Company in October 2025 and could receive physical mail and courier deliveries. Building 107 served as the registered address and warehouse; Building 11 was used for operations.

6. During the store's initial registration in 2020, we supplied Amazon with the older Building 107 address. I received Amazon's address-verification postcard at that address. The postcard instructed us to verify the seller-account address using its code.

7. Exhibit A contains true and correct photographs of that postcard's two sides (pages A-1 and A-2) and its shipping label (page A-3). The label belongs to the same shipment and bears the date "18 Jun 2020." The postcard shows the full Building 107 address. The printed label date does not establish the exact delivery date.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on [15 October 2026], at Wuhan.

Shijie Liu
______________________________