**EXHIBIT A**

Amazon address-verification postcard — address and instructions side



amazon

以下是您的唯一地址验证码:
338047

请按以下步骤验证您的卖家帐户：

1. 请在收到此卡片后，登录到您的亚马逊卖家账户；
2. 将验证码填写到地址验证页面的"验证码"字段中。
   您的唯一地址验证码在此卡片的正反面，以红色显示；
3. 单击提交以验证您的地址。

通过地址验证后，您可以继续完成卖家帐户注册。

感谢您的合作。
如果您不是该信件的指定收件人，或该信件错误地寄送到您的地址，请按卡片正面的发件地址返回至发件人。

From: Amazon
2646 Rainier Ave S Ste 1020
Seattle, WA 98144

To: WUHANTIANLANFADIANZISHANGWUYOUXIANGONGSI
[illegible]
GUTIAN 4TH ROAD,NORTH DISTRICT
BUILDING 107,ROOM 1-3-1
QIAOKOU DISTRICT
WUHAN CITY HUBEI PROVINCE 430034
CN

UPS WorldShip

**EXHIBIT A continued**

Amazon address-verification postcard — reverse side



**EXHIBIT A continued**

Shipping label bearing the date June 18, 2020



**EXHIBIT A English translation of Chinese text on the post**

**Address and instructions side**

Below is your unique address-verification code: 338047.

Please follow these steps to verify your seller account:

1. After receiving this card, sign in to your Amazon seller account.

2. Enter the verification code in the "Verification Code" field on the address-verification page. Your unique address-verification code appears in red on both sides of this card.

3. Click Submit to verify your address.

After passing address verification, you can continue completing your seller-account registration.

Thank you for your cooperation.

If you are not the intended recipient of this letter, or if it was delivered to your address in error, please return it to the sender at the sender's address on the front of the card.

Chinese addressee text in the address panel: 诗杰 刘 (Shijie Liu).

**Reverse side**

Below is your unique address-verification code: 338047.

Please refer to the instructions on the back of this card and complete address verification for your Amazon seller account.

Please be sure to complete address verification within 15 days after receiving this card.

The sender's address, Romanized company name, delivery address, and UPS WorldShip label are printed in English or Roman letters in the original photographs.

Shipping label: the printed Chinese recipient name 诗杰 刘 is transliterated as Shijie Liu. This tra